# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0068. ALFONZA MCKEEVER, JR. v. THE STATE.

Alfonza McKeever, Jr. seeks to appeal the trial court's "Order Dismissing Pro Se Letters," in which the court denied and/or dismissed several of McKeever's pro se filings. McKeever sought review of this same order in an application for discretionary appeal. We denied the application. See Case No. A22D0414 (June 28, 2022).

Our denial of McKeever's discretionary application bars further appellate review of the order at issue. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court.") (punctuation omitted); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) ("[T]he denial of an application for discretionary appeal is an adjudication on the merits of the underlying order and acts as res judicata in subsequent proceedings."); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/01/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*